UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TREECE A. SINGLETON,

    Plaintiff,

v.                                                                       Case No: 8:17-CV-564-T-27AAS

13TH CIRCUIT COURT JUDGES,
SUNSHINE STATE INSURANCE CORP,
SCHWARTZ LAW GROUP, PA and
MORGAN & MORGAN LAW,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** are two construed motions (Dkts. 22, 23) filed by *pro se* Plaintiff subsequent to this Court's Order denying Plaintiff's motions to vacate judgment and for the undersigned to be recused (See Dkt. 21). In Dkt. 22, Plaintiff "moves the court for a correct determination of his indigent (sic) and eligible (sic) for the provision of due process services."(Dkt. 22 at p. 6). Construed liberally, Plaintiff seeks reconsideration of this Court's Order (Dkt. 17) that denied as moot his request to proceed *in forma pauperis*. Upon consideration, Plaintiff's construed motion (Dkt. 22) is **DENIED** for the same reasons his previous motion was denied. (See Dkt. 17).

In Dkt. 23, Plaintiff seeks to file an amended complaint (Dkt. 23 at p. 25). The case however was dismissed with prejudice on October 6, 2017. Since there is no active pending case, Plaintiff's construed motion (Dkt. 23) seeking to file an amended complaint is **DENIED**.

**DONE AND ORDERED** this 19TH day of August, 2019.

                                                     JAMES D. WHITTEMORE
                                                     United States District Judge

Copies to: *Pro se* Plaintiff