UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE No.8:17-CV-564-T-27 AAS

TREECE SINGLETON
Appellant/Petitioner (s)

vs.

13TH CIRCUIT COURT JUDGES,
SUNSHINE STATE INSURANCE
CORP., SCHWARTZ LAW GROUP,
PA, AND MORGAN & MORGAN,

Defendants

_____/

**The reason for recusal is simply and litigatimate; Abuse of discretion based on the Fact**

Based in the Federal judge abuse of discretion in his failure to take into proper consideration, the facts and laws relating to this particular matter; has acted arbitrary or unreasonable departure from precedent and settled judicial custom

**Judge Whittemore Failed to Disclose his Personal relationships with six of the named**

Defendants he has known and worked side by side for Ten Years as a Judge of the 13th Circuit Court with the six Defendants named in this case

**When six of the named defendant are Personal Friend of the Federal Judge now facing Jail**

time based on whether he applies the correct law Ch.489.128 that deprived the Circuit of all jurisdiction under

**Ch.489.128 that legally proves the total Absence of Jurisdiction of the circuit court by law** the Federal judge can not use the illegal void-ab-initio Judgment as the bases to deny Justice when it has been proven the Circuit Court was void of all jurisdiction against the Pro se litigants in Protection of his Personal Friendships by ruling contrary and inconsistent to law.

**The Judges has Personal Connections with six of the Parties of 10 years as Co-worker** in the Circuit Court and over 19 years as personal friends named to the Case: As an example, if the judge is a neighbor, best friend, or has another personal connection with someone on either side of a lawsuit, their impartiality would come into question. Thus, that judge should recuse themself from the case;

**Thus, at the time a judge learns of their assignment to a case, the judge should review the** facts of the case and decide whether there are any conflicts of interest regarding the case that would prevent them from being able to be impartial, ethical, and fair.

**The Federal Middle District Judge from the beginning stated the case against his personal** friends of over 20 years was frivolous from day one without legal Justification to support his allegations.

**When he was barred from addressing the Merits and Never determine Jurisdiction when** the circuit court was legally deprived by law of all jurisdiction under Ch.489.12 to prove he was required by law to disqualify Himself .

**When there is proof of Clear Abuse of Discretion in the prevention of the course of justice b** As Obstruction in the Administrative of Justice as proven by the Record when totally Absent of

jurisdiction;.

**The reason for recusal is simple, a judge has a duty of fairness when imparting justice** and making judgements as they preside over a case. Thus, at the time a judge learns of their assignment to a case, the judge should review the facts of the case and decide whether there are any conflicts of interest regarding the case that would prevent them from being able to be impartial, ethical, and fair. Some examples of conflicts of interest where a judge should likely recuse themself from the case include:

**Personal Connection to six of the named Parties to the Case:**
For example, if the judge is a neighbor, best friend, or has another personal connection with someone on either side of a lawsuit, their impartiality would come into question. Thus, that judge should recuse themself from the case;

An abuse of discretion is a failure to take into proper consideration, the facts and laws relating to a particular matter; an arbitrary or unreasonable departure from precedent and settled judicial custom

When 6 named defendants have work directly with Judge Whittemore in the 13th.Circuit Court with

Judge for ten years as co-workers and Personal Friends now of more than 20 years now.

 when all his Friends are still judges of the circuit court that have asked as the Federal Judge to dismiss the pro se case as Frivolous

**Even when the Circuit court was Absent of all jurisdiction according to ch.489.127-.128 that**

proves his case can not be void by law.Does proves the plaintiff case can not be frivolous by law,when the case against him was totally Absent of Jurisdiction proves the federal judge is trying to Protect his friends by concealing the fraud upon the court and concealing the Violations of Regulatory Statutes and Common Law Precedents and Public Policy and Federal Procedures in protection of his 6 personal friends ,

**I , TREECE A SINGLETON, ask the courts for mercy and appeal to the sanction of $1,000** for the reasons previously mentioned. Moving forward, I will make sure to file the necessary "Motion for Leave to File" and ask the courts to reconsider 28 U.S.C. § 1915(a) and 28 U.S.C. § 1915(d).

ENTERED IN FEDERAL MIDDLE DISTRICT COURT in TAMPA, FL on April 13, 2021

**TREECE A SINGLETON a the Pro Se' Indigent party does certifies that to the** best of his knowledge, information, and belief, formed after a reasonable inquiry, all of the following conditions are met:

1. It is not being presented primarily for an improper purpose, such as to harass or to cause unnecessary delay or needless increase in litigation costs;

2. The claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for the law's extension, modification, or reversal;

3. The allegations and other factual contentions have evidentiary support or, if specifically so identified, are likely to have evidentiary support after a reasonable opportunity for further investigation or discovery; and

4. The denials of the fraudulently alleged factual contentions have proven all are warranted on the evidence Ch.489.127,.128 as specifically so identified, are reasonably based on a total lack and Absence of Jurisdiction over Ch.489.127-.128 Unlicensed Business Pursuit.

TREECE A. SINGLETON

*/s/ Treece A. Singleton*

8003 FIR DR.
TAMPA FLORIDA
33619
813-426-1314